IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: BILL DERKSON
      1343 N 6TH ST
      COLUMBUS, OH  43201

CASE NO: 15-51702

CHAPTER 13

JUDGE: John E. Hoffman Jr.

## NOTICE OF INTENTION TO PAY CLAIMS

    NOTICE is hereby given of the intention of the Chapter 13 Trustee, Faye D. English, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below .

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00001 | ALLY FINANCIAL<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | 29,869.33 | 100.00% | 5.00 % | SECURED-PMSI |
| 00003 | Capital One Services<br>P.O. Box 30281<br>Salt Lake City, UT  84130-0281 | Not filed | 58.00% | 0.00 % | UNSECURED |
| 00004 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT  84130 | Not filed | 58.00% | 0.00 % | UNSECURED |
| 00005 | CASHNETUSA<br>175 W JACKSON BLVD<br>STE 1000<br>CHICAGO, IL  60604 | 274.88 | 58.00% | 0.00 % | UNSECURED |
| 00007 | DEPARTMENT OF EDUCATION<br>FED LOAN SERVICING<br>PO BOX 530210<br>ATLANTA, GA  30353-0210 | 8,441.22 | 58.00% | 0.00 % | UNSECURED |
| 00008 | FABCO<br>KEAN PROPERTY MGT<br>PO BOX 20850<br>COLUMBUS, OH  43220 | 1,502.88 | 58.00% | 0.00 % | UNSECURED |

CASE NO. 15-51702    BILL DERKSON

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00009 | Franklin Collection Sv<br>2978 W Jackson St<br>Tupelo, MS  38801 | Not filed | 58.00% | 0.00 % | UNSECURED |
| 00006 | LVNV Funding LLC<br>C/O Resurgent Capital Services<br>PO BOX 10587<br>Greenville, SC  29603-0587 | 608.25 | 58.00% | 0.00 % | UNSECURED |
| 00012 | MIDLAND CREDIT MANAGEMENT<br>AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI  48090 | 627.72 | 58.00% | 0.00 % | UNSECURED |
| 00013 | MobiLoans<br>PO Box 1409<br>Marksville, LA  71351 | Not filed | 58.00% | 0.00 % | UNSECURED |
| 00014 | OSU Physicians<br>456 W. 10th Ave., &#035;2B<br>Columbus, OH  43210 | Not filed | 58.00% | 0.00 % | UNSECURED |
| 00010 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO Box 12914<br>NORFOLK, VA  23541 | 350.96 | 58.00% | 0.00 % | UNSECURED |
| 00011 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO Box 12914<br>NORFOLK, VA  23541 | 641.97 | 58.00% | 0.00 % | UNSECURED |
| 00016 | Stacy Spenser<br>1485 North 5th Street<br>Columbus, OH  43201 | Paid outside | 100.00% | 0.00 % | LEASE |
| 00015 | Telhio Credit Union<br>96 N 4th St<br>Columbus, OH  43215 | 83.97 | 58.00% | 0.00 % | UNSECURED |
| 00002 | The Ohio Bell Co. c/o AT&T Services Inc.<br>c/o Karen Cavagnaro<br>One AT&T Way, Room 3A104<br>Bedminster, NJ  07921 | 489.47 | 58.00% | 0.00 % | UNSECURED |

CASE NO. 15-51702    BILL DERKSON

| CLM # | NAME AND ADDRESS OF CREDTIOR | | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|---|
| 00017 | URBANA UNIVERSITY<br>MEADE AND ASSOCIATES<br>737 ENTERPRISE DR<br>WESTERVILLE, OH  43081 | | 13,501.22 | 58.00% | 0.00 % | UNSECURED |
| | | TOTAL | 56,391.87 | | | |
| 00000 | MARSHALL D COHEN ESQ<br>1500 WEST THIRD AVE<br>STE 400<br>COLUMBUS, OH  43212 | | 2,843.00 | 100.00% | 0.00 % | ATTORNEY FEE |

Dated:  December 10, 2015

/s/Faye D. English

Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Notice Of Intention To Pay Claims was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 12/10/2015

/s/ Faye D. English

Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Marshall D Cohen Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Bill Derkson
1343 N 6Th St
Columbus, Oh 43201